**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **FARES AWAD** | **CASE NO. 1:26-CV-00794 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KEITH DEVILLE ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

For the reasons stated in the Court's Memorandum Ruling [Doc. No. 12],

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Fares Awad's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 23rd day of November, 2026.

Terry A. Doughty
United States District Judge